of Mandamus relief is denied and the judge's name is to be stricken from the caption.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Steven PEEPLES, Petitioner.**

Supreme Court of Pennsylvania.

July 12, 2007.

*ORDER*

PER CURIAM.

AND NOW, this 12th day of July, 2007, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Superior Court is VACATED, and the matter is REMANDED for re-sentencing. *See Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007).

■

**Craig SAUNDERS, Appellant,**

v.

**Franklin J. TENNIS, Superintendent of S.C.I. Rockview; F.M. Doughtery, Business Office Manager of S.C.I. Rockview, Appellees.**

Supreme Court of Pennsylvania.

July 17, 2007.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

■

**M. Diane KOKEN, Insurance Commissioner of the Commonwealth of Pennsylvania**

v.

**RELIANCE INSURANCE COMPANY Vitas Healthcare Corporation, Vitas Holdings, Vitas Healthcare of Texas, Magellan Reinsurance Co. Ltd., RBH Reinsurance Co., Celanese Americas Corporation Ins. Ltd., Elmwood Ins.**

Ltd., Celwood Ins. Co., Citicorp Ins. USA, Citicorp, Clients Assurance Pool Ltd., CSX Ins., Fuji Bank, Guaranty Associations I, NM Mutual, SW Casualty, Ellen Diamond, EarthTech Inc., Intervenors.

**Appeal of Sage Realty Corporation.**

Supreme Court of Pennsylvania.

July 17, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

■

**Maurice JOHNSON, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Records Supervisor Thomas Rolands, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

■

**Gary GREEN, Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 72 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus Relief and/or Extraordinary Relief is denied.